# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| CARL WYNN | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4:19CV00165 SWW |
| BARRY SIMS | * | |
|     DEFENDANT | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 20TH DAY OF MARCH, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE